RUBIN WEISS, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

WHITE PLAINS INDUSTRIAL REALTY COMPANY, INC., Plaintiff, Respondent, v. MILTON BOAT YARDS, INC., Defendant; NEW ROCHELLE COAL & LUMBER COMPANY, Appellant; JOHN H. CALHOUN, Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

VIOLET A. WHITED, Appellant, v. WILLIAM HUDSON and Others, Defendants; ROCKLAND LAKE CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

WLADYSLAW ZEBROWSKI, Respondent, v. MAXIM BOBINSKI, Appellant. (Action No. II.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

WILLIAM H. ZIEGLER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

AIBEL & WEISSBLATT, INC., Appellant, v. MURRAY HARWIN, Respondent.— In an action to recover a fixed amount for breach of two alleged oral agreements, the jury found a verdict for plaintiff. On defendant's motion, the trial justice set aside the verdict on the ground that it was against the weight of evidence, and ordered a new trial. Order unanimously affirmed, with costs to abide the event. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

CHAHINDA BARIZI and WADIA BARIZI, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In an action in effect for money had and received, based upon a claimed executed rescission of the purchase of a bond and mortgage, which rescission was based on alleged false representations made by the defendant as to the quantum of the mortgaged premises, judgment in favor of the defendant dismissing the complaint on the merits after a trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

BEDFORD ICE PALACE, INC., Appellant, v. BROOKLYN TRUST COMPANY, as Trustee for AMORY LELAND and ARTHUR S. LELAND, Individually, Respondents.— In an action by a tenant against a landlord to recover a sum deposited as security for the performance of the terms of a lease, judgment dismissing the complaint and in favor of the defendant trustee on its counterclaim unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.